47 P.3d 762

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**April 11, 2002**

| | | |
|---|---|---|
| 23530 | State v. Stephen | Affirmed |

**May 1, 2002**

| | | |
|---|---|---|
| 23733 | State v. Moore | Vacated and Remanded |

**May 6, 2002**

| | | |
|---|---|---|
| 24044, 24045 | Doe, In re | Affirmed |
| 23279 | State v. Marbou | Affirmed |

**May 13, 2002**

| | | |
|---|---|---|
| 23278, 23333 | State v. Marbou | Affirmed |

**May 14, 2002**

| | | |
|---|---|---|
| 23903 | State v. Inoue | Affirmed |

**May 16, 2002**

| | | |
|---|---|---|
| 23947 | Doe, In re | Affirmed |
| 23902 | State v. Inoue | Affirmed |

**May 17, 2002**

| | | |
|---|---|---|
| 24013 | State v. Jim | Affirmed |

**June 5, 2002**

| | | |
|---|---|---|
| 23924 | State v. Hearn | Affirmed |

**June 12, 2002**

| | | |
|---|---|---|
| 23382 | State v. Williams | Affirmed |

**June 14, 2002**

| | | |
|---|---|---|
| 23919 | Farzami v. State | Affirmed |